**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWRENCE SHERARD,<br><br>    Petitioner,<br><br>    v.<br><br>MARION SPEARMAN, Warden,<br><br>    Respondent. | Case No. CV 16-4236 R (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, with the following change:  the case citation on the fifth line of footnote 2, page 2 is amended to read:  Stillman v. LaMarque, 319 F.3d 1199, 1201 (9th Cir. 2003).

\\

\\

\\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall
2 be entered dismissing this action with prejudice.

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5 Order and the Judgment herein on Petitioner at his current
6 address of record.

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10 DATED:   September 23, 2016

                                        _____
                                        MANUEL L. REAL
                                        UNITED STATES DISTRICT JUDGE