**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWRENCE SHERARD, | Case No. CV 16-4236 R (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARION SPEARMAN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED:   September 23, 2016

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE